FILED '09 JUL 13 12:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN K. STEWART, | ) |
|     Plaintiff, | ) |
| and | ) Civil No. 07-6282-TC |
| COLUMBIA SEAPLANE PILOTS, | ) |
|     Plaintiff-Intervenor | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, acting by and through its DEPARTMENT OF AGRICULTURE, by and through the UNITED STATES FOREST SERVICE, | ) |
|     Defendant, | ) |
| and | ) |
| McKENZIE FLYFISHERS, | ) |
|     Defendant-Intervenor | ) |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on May 20, 2009, in the above entitled case. The

1    - ORDER

matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendants and defendant-intervenor have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed May 20, 2009, in its entirety. Plaintiff Stewart's motion for summary judgment on count 1 (APA claim)(#85) is allowed in part as set forth in the court's findings and recommendation. Plaintiff-intervenor Columbia Seaplanes Pilots Association's joinder (#90) of plaintiff's motion for summary judgment is allowed and denied in the same manner as plaintiff Stewart's motion. Defendant United States' cross-motion for summary judgment on count 1 is granted in part and denied in part as set forth in the court's findings and recommendation. Defendant-Intervenor McKenzie Flyfishers' motion for summary judgment (#113) on count 1 is denied. All claims, other than the APA claim, are dismissed as abandoned and all other motions are denied as moot.

2    - ORDER

IT IS SO ORDERED.

DATED this  13th  day of  July , 2009.

_____
UNITED STATES DISTRICT JUDGE

3    - ORDER